[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-13707
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 7, 2011
JOHN LEY
CLERK

D.C. Docket No. 3:09-cr-00239-HLA-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRYLE EVANS, a.k.a. Quick,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 7, 2011)

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Susan G. Yazgi, appointed counsel for Darryle Evans, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's

assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Evans's conviction and sentence are **AFFIRMED.**